**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SHARIF IBRAHIM,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,

Respondents.

Case No.: 26cv3023 DMS (MMP)

**ORDER GRANTING PETITION**

On May 14, 2026, Petitioner filed a Petition for Writ of Habeas Corpus asserting (1) his re-detention violated his due process rights and the applicable regulations, and (2) his detention violated *Zadvydas v. Davis*, 533 U.S. 678 (2001) and 8 U.S.C. § 1231. In their response to the Petition, Respondents state "[u]ndersigned counsel is [ ] unable to ascertain sufficient facts at this time to establish that there is a significant likelihood of removal in the reasonably foreseeable future." (Resp. at 1.) Accordingly, the Court grants the Petition and orders Respondents to release Petitioner forthwith. *See Souvannaseng v. Noem*, No. 3:25-cv-3473-CAB-DEB, 2025 WL 3641180, at *2 (S.D. Cal. Dec. 16, 2025) (granting petition and ordering petitioner's release). In accordance with this Order, the parties are

ordered to file a Joint Status Report on or before **May 19, 2026**, confirming Petitioner has been released.

**IT IS SO ORDERED.**

Dated: May 15, 2026

Hon. Dana M. Sabraw
United States District Judge